JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lupe Guh | **CASE NUMBER** |
| **PLAINTIFF(S)** | 2:17-cv-07277-SJO(SKx) |
| v. | |
| Ariana Perez, Does 1 to 10 | **ORDER RE REQUEST TO PROCEED** |
| | ***IN FORMA PAUPERIS*** |
| **DEFENDANT(S)** | |

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby **GRANTED**.

_____         _____
Date                          United States Magistrate Judge

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

- [ ] Inadequate showing of indigency
- [ ] Legally and/or factually patently frivolous
- [ ] Other: _____
- [x] District Court lacks jurisdiction
- [ ] Immunity as to _____

Comments:

*10-5-17*
_____         _____
Date                          United States Magistrate Judge

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

- [ ] **GRANTED**
- [x] **DENIED** (see comments above).  IT IS FURTHER ORDERED that:
  - [ ] Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.
  - [ ] This case is hereby DISMISSED immediately.
  - [x] This case is hereby REMANDED to state court.

10/15/17
_____         *S. James Otero*
Date                          United States District Judge